

**NUMBER 13-13-00718-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI – EDINBURG**

---

**KYLE KIRBY,** **Appellant,**

**v.**

**RHONDA MARIE KIRBY,** **Appellee.**

---

**On appeal from the 24th District Court
of Victoria County, Texas.**

---

# ORDER

**Before Justices Garza, Benavides, and Perkes
Order Per Curiam**

On February 26, 2014, appellant, Kyle Kirby, filed a motion to suspend the trial court's judgment pending appeal. According to the motion, appellee seeks enforcement of the trial court's final decree of divorce as it pertains to personal property. More than ten days have passed and appellee has not filed a response to this motion.

The Court, having examined and fully considered the motion to suspend the trial court's judgment pending appeal, is of the opinion that it should be granted.  Accordingly, we GRANT appellants' "Motion to Suspend Trial Court's Judgment Pending Appeal" and order the hearing on the motion for enforcement to be stayed pending further order of this Court or final disposition of this appeal.  "

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
17th day of March, 2014.